UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARILYN MOFFAT, KAREN KEMMIS,
DANILLE PARKER and MARK RICHARDS,

        Plaintiffs,

    v.                                                    Case No. 15-cv-626-JDP

ACADEMY OF GERIATRIC PHYSICAL
THERAPY,

        Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiffs, Marilyn Moffat, Karen Kemmis, Danille Parker, and Mark Richards, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's final judgment entered in this action on January 27, 2017 (Dkt. No. 90), including all adverse opinions and orders previously decided thereunder.

                                                Respectfully Submitted,

Dated: February 27, 2017                  s/James E. Griffith
                                                James E. Griffith – Counsel of Record
                                                    (6269854)
                                                Tiffany D. Gehrke (6299836)
                                                Marshall, Gerstein & Borun LLP
                                                233 S. Wacker Dr, Suite 6300
                                               Chicago, IL 60606
                                               (phone) 312-474-6300
                                               (fax) 312-474-0448
                                               jgriffith@marshallip.com
                                               tgehrke@marshallip.com

John Sachs
180 Central Park South
Suite 1237
New York, New York 10019
(917) 532-4385
jsachs@sachspc.com

*Attorneys for Plaintiffs*