UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WISCONSIN

MARILYN MOFFAT, KAREN KEMMIS,
DANILLE PARKER and MARK RICHARDS,

        Plaintiffs,

v.                                  Case No. 15-cv-626-JDP

ACADEMY OF GERIATRIC PHYSICAL
THERAPY,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Marilyn Moffat, Karen Kemmis, Danille Parker, and Mark Richards ("Plaintiffs"), in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's Opinion and Order entered in this action on the 20th day of September, 2017 (Dkt. No. 116).

Respectfully Submitted,

Dated: October 18, 2017

s/ James E. Griffith
James E. Griffith – Counsel of Record (6269854)
Tiffany D. Gehrke (6299836)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606
(phone) 312-474-6300
(fax) 312-474-0448
jgriffith@marshallip.com
tgehrke@marshallip.com

*Attorneys for plaintiffs*